THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 21  P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10085-RGS
)
THI PHUONG MAI LE, )
)
    Defendant. )

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under FRCP 20)

I, __THI PHUONG MAI LE__, defendant, have been informed that an indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to disposition of the case in the Southern District of Texas, in which I am held, and to waive trial in the above-captioned District.

Dated: 9/17/2007 at _____

X _____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

APPROVED

_____
Michael J. Sullivan
United States Attorney
District of Massachusetts

Michael K. Loucks
Acting U.S. Attorney
9/14/7

_____
Acting United States Attorney
Southern District of Texas

Approved. R.M. Hamm DJ 9-28-07.