OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1 Courthouse Way - Suite 2300
Fan Pier
Boston, Massachusetts 02210

|  |  |
|---|---|
| **Sarah Allison Thornton**<br>**Clerk** | Mary H. Johnson<br>Deputy Clerk to the Honorable<br>Richard G. Stearns<br>U. S. District Judge |

October 2, 2007

**Clerk**
**U. S. District Court for the Southern District of Texas**
1217 Bob Casey United States Courthouse
515 Rusk Street
Houston, Texas  77002-2600

      RE:   United States of America v. Thi Phuong Mai Le
      Our Criminal No. 04-10085-RGS

Dear Sir/Madam:

    Pursuant to a Consent to Transfer of Case for Plea and Sentence Under FRCP 20 executed by all parties to the above-captioned action, enclosed please find the following pertinent pleadings:

      1. Original executed Consent to Transfer;
      2. Certified copy of Indictment;
      3. Certified copy of docket sheet.

    If I can be of any further assistance to you in this matter, please do not hesitate to contact me.

                  Sincerely,

                  SARAH THORNTON, CLERK

      BY:    *Mary H. Johnson*
                  Mary H. Johnson
                  Deputy Clerk

Enclosures